RECEIVED
AUG 3 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DIANA CHAUVIN<br>STEPHEN CHAUVIN<br><br>VS.<br><br>MEDTRONIC, INC. | CIVIL ACTION NO. 06-1011<br><br>JUDGE HAIK<br><br>MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

Before the court is defendant's "response to the Court's Order Requiring Submission on Jurisdictional Amount," filed pursuant to this court's order of July 28, 2006.[1] Having reviewed defendant's memorandum and the exhibits thereto, I conclude that defendant has proven by a preponderance of the evidence that the amount in controversy exceeds $75,000 by setting forth the specific facts in controversy that support a finding of the jurisdictional amount. Simon v. Wal Mart Stores, 193 F.3d 848 (5th Cir. 1999); Luckett v. Delta Airlines, Inc., 171 F.3d 295 (5th Cir. 1999). Relevant jurisdictional facts which have been included in the memorandum discuss the nature and severity of plaintiff's injuries, which include chronic heart problems, including chest pain and shortness of breath, since the time a pacemaker manufactured by Medtronic was implanted in June 2004. Defendant's response states that plaintiff has undergone extensive testing to determine the cause of her heart problems and that she underwent pacemaker replacement surgery in February 2006. Defendant also states in its response that plaintiff has produced medical bills totaling more than $10,000 to date, with additional bills outstanding. Additionally, in response to the court's order, the plaintiff submitted a letter wherein she states

---

[1] Rec. Doc. 15.

that she is seeking more than $75,000 in damages as a result of the defective pacemaker that was implanted in 2004.[2]

Considering the foregoing, the undersigned concludes that plaintiff's claim satisfies the jurisdictional amount in this case.

Signed at Lafayette, Louisiana on August 31, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

---

[2] A copy of plaintiff's letter is attached hereto as Exhibit "A."

mem C:\WPDOCS\JAR\061011.Chauvin JAR Ruling.wpd 8/30/06